UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: CHRISTOPHER M ANDERSON  CASE NO: 17-21537-JGR
CYNTHIA DANELLE ANDERSON  CHAPTER 13
DEBTOR(S)

## STATEMENT OF ARRANGEMENTS TO CURE DEFAULT AND/OR DEFICIENCY

Pursuant to the Chapter 13 Trustee's Motion, the Debtor(s) has/have contacted the Trustee and the follc arrangements to cure the default and/or deficiency have been made:

PLAN PAYMENTS ARE $935.00 IN ARREARS THROUGH November 2019.

The Debtor(s) will pay per the schedule below beginning December 2019 or the case will be dismissed. Payments will continue to be due on the 19th of each month.

| Month Due | Regular Monthly Payment | Additional Payment | Total Due |
|---|---|---|---|
| December 2019 | $311.00 | $156.00 | $467.00 |
| January 2020 | $311.00 | $156.00 | $467.00 |
| February 2020 | $311.00 | $156.00 | $467.00 |
| March 2020 | $311.00 | $156.00 | $467.00 |
| April 2020 | $311.00 | $156.00 | $467.00 |
| May 2020 | $311.00 | $156.00 | $467.00 |

**AS A CONDITION OF THIS AGREEMENT REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.**

**IN THE EVENT THE DEBTOR FAILS TO COMPLY WITH THE TERMS OF THE STATEMENT OF ARRANGEMENT THE TRUSTEE MAY IMMEDIATELY FILE A CERTIFICATION OF DEFAULT AND REQUEST FOR DISMISSAL OF CA**

**IF A CERTIFICATION IS FILED, THEN CONTEMPORANEOUSLY WITH THE FILING, THE TRUSTEE WILL MAIL A COPY OF THE CERTIFICATION TO THE DEBTOR(S).**

***The attorney's signature verifies that he/she has communicated with the Debtor regarding the Moti Dismiss and this Statement of Arrangements.

Dated: 12/2/19

_/s/ Christopher M Anderson_
Debtor

_/s/ Cynthia D. Anderson_
Debtor

_/s/_
**Attorney for Debtor

Douglas B. Kiel
Chapter 13 Trustee

By: /S/ Karen G. Perse
Karen G. Perse, #17886
Attorney for the Chapter 13 Trustee
7100 E. Belleview Ave, Ste. 300
Greenwood Village, CO 80111
720.398.4444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Statement of Arrangements was placed in the U.S. Mail, postage pre-paid, on _____12/4/2019_____ .

CHRISTOPHER M ANDERSON
CYNTHIA DANELLE ANDERSON
15 MERSEY CT
PUEBLO, CO 81005

Notice by Electronic Transmission was sent to the following persons/parties:
LUSERO AND LUSERO

/s/ Madison Mills
Chapter 13 Trustee Staff Member